PATRICK A. FOGARTY, Appellant, *v.* WILLIAM P. FOGARTY, Respondent.

*Fogarty* v. *Fogarty*, 157 App. Div. 920, affirmed.
(Argued October 15, 1915; decided October 29, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1913, modifying and affirming as modified a judgment in favor of defendant entered upon the report of a referee in an action brought by the plaintiff to have certain conveyances and bills of sale or assignment, executed by the plaintiff to the defendant September 1 and September 29, 1905, and absolute on their face, adjudged to have been given as security only for the re-payment of certain advances and loans made and to be made by the defendant to the plaintiff, and for permission to redeem the lands and other property thereby conveyed and transferred on payment of the amount of the indebtedness, if any, for which they were held by the defendant as security,

and incidentally for an accounting by the defendant to ascertain and determine the amount of such indebtedness of the plaintiff to him.

*Benjamin E. Messler* and *Delos McCurdy* for appellant.

*Eugene Frayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Not sitting; SEABURY, J.